IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NUMBER: 15-08382 |
| MARISOL RODRIGUEZ NEGRON | CHAPTER 13 |
| DEBTOR | |

### DEBTOR'S MOTION CONCERNING AMENDMENT TO SCHEDULE "F"

**TO THE HONORABLE COURT:**

**NOW COMES, MARISOL RODRIGUEZ NEGRON,** debtor through the undersigned attorney Counsel, and very respectfully states and prays as follows:

1. The debtor hereby amends Schedule F to previously filed Amended Schedule "F" docket no. 1, pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure and local Bankruptcy Rule 1009-1.

2. This amendment to Schedule F is filed **to disclose the correct balance amount ($17,372.35) owed to unsecured creditor named AEE, postal address: PO Box 372828, Cayey, PR 00737-2828.**

**WHEREFORE,** the debtor prays that this Honorable Court take knowledge of said amendment and provide accordingly.

### NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)
Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9013(c) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

Page -2-
Amended Schedule "F"
Case no. 15-08382/13

**CERTIFICATE OF SERVICE:** I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail, including the US Trustee's Office and the Trustee. I further certify that the foregoing has been served by depositing true and correct copies thereof in the United States Mail, postage prepaid, to none CM/ECF participants: debtor, Marisol Rodriguez Negron; to the creditors affected by the amendment: AEE, PO Box 372828, Cayey, PR 00737-2828; and creditors and parties in interest as per the attached master address list.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico, this 28th day of October, 2015.

/s/*RobertoFigueroaCarrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726
TEL (787) 744-7699 FAX (787) 746-5294
EMAIL: rfigueroa@rfclawpr.com

B6F (Official Form 6F) (12/07)

IN RE RODRIGUEZ NEGRON, MARISOL _____ Case No. **3:15-bk-8382** _____
　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7583**<br>AAA<br>PO Box 70101<br>San Juan, PR  00936-8101 | | | Utility Bill<br>Reisdential located at Urb Savanera Del Rio<br>Camino de los Flamboyanes 171, Gurabo, PR | | | | 2,272.97 |
| ACCOUNT NO. **6441**<br>AAA<br>PO BOX 70101<br>SAN JUAN, PR  00936-8101 | | | Rex Cream located at 47 Ruiz Belvis in Caguas, PR | | | | 8,821.61 |
| ACCOUNT NO. **8643**<br>AAA<br>PO BOX 70101<br>SAN JUAN, PR  00936-8101 | | | Residential located at Urb Arbolada in Caguas, PR | | | | 1,705.45 |
| ACCOUNT NO. **6691**<br>AEE<br>PO Box 372828<br>Cayey, PR  00737-2828 | | | Utility Bill<br>#Cert: 042-14-09-00062<br>Located 47 Ruis Belvis Street, Caguas,PR | | | | 17,372.35 |

　**3** continuation sheets attached

Subtotal (Total of this page) $ **30,172.38**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE RODRIGUEZ NEGRON, MARISOL  
Debtor(s)

Case No. **3:15-bk-8382**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1000**<br>AEE<br>PO Box 372828<br>Cayey, PR 00737-2828 | | | Residential located at Urb Sabanera Del Rio in Gurabo, PR | | | | 792.47 |
| ACCOUNT NO. **4597**<br>Att Services<br>PO Box 192830<br>San Juan, PR 00919 | | | OPEN ACCOUNT OPENED 8/2010 | | | | 173.00 |
| ACCOUNT NO. **7310**<br>Att Services<br>PO Box 192830<br>San Juan, PR 00919 | | | OPEN ACCOUNT OPENED 4/2011 | | | | 147.00 |
| ACCOUNT NO. **M797**<br>Autoridad De Carreteras De PR<br>PO Box 11889<br>San Juan, PR 00922-1889 | | | #Ticket: 16239227=$16.50; #Ticket: 16239226=$16.50; #Ticket: 16182800=$101.50; #Ticket: 16076811=$101.50; #Ticket: 15908702=$101.50; #Ticket: 15903098=$101.50; #Ticket: 15843735=$101.50; #Ticket: 15834119=$101.50; #Ticket: 15834118=$101.50; #Ticket: 15810354=$101.50; #Ticket: 15765054=$101.50; #Ticket: 15750190=$101.50; #Ticket: 15743190=$101.50; #Ticket: 15743189=$101.50; #Ticket: 15671418=$101.50; #Ticket: 1267890=$100.50; #Ticket: | | | | 2,565.75 |
| ACCOUNT NO. | | | 12551619=$101.50; #Ticket: 12430198=$101.50; #Ticket: 12401845=$101.50; #Ticket: 12329005=$101.00; #Ticket: 12329004=$101.00; #Ticket: 12217065=$100.50; #Ticket: 12079647=$100.35; #Ticket: 12079646=$101.50; #Ticket: 12019533=$101.50; #Ticket: 11438388=$101.45; #Ticket: 11421855=$101.45 | | | | |
| ACCOUNT NO. **2575**<br>Banco Popular De Puerto Rico<br>209 Munoz Rivera Ave<br>San Juan, PR 00918 | | | REVOLVING ACCOUNT OPENED 2/1996<br>Credit Card<br>Civil Num: ECD2014-0663-612 | | | | 22,978.00 |
| ACCOUNT NO.<br>Jose L Correa Cintron<br>Colegiado Num 6033<br>PO Box 246<br>Trujillo Alto, PR 00977-0246 | | | Assignee or other notification for:<br>Banco Popular De Puerto Rico | | | | |

Sheet no. **1** of **3** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **26,656.22**

Total  
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE RODRIGUEZ NEGRON, MARISOL
Debtor(s)

Case No. 3:15-bk-8382
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3485<br>Banco Popular De Puerto Rico<br>209 Munoz Rivera Ave<br>San Juan, PR 00918 | | | REVOLVING ACCOUNT OPENED 1/2006<br>Credit Card<br>Civil Num: ECD2014-0663-612 | | | | 4,123.00 |
| ACCOUNT NO.<br>Jose L Correa Cintron<br>Colegiado Num 6033<br>PO Box 246<br>Trujillo Alto, PR 00977-0246 | | | Assignee or other notification for:<br>Banco Popular De Puerto Rico | | | | |
| ACCOUNT NO. 4372<br>Bp-Credit line<br>PO Box 2708<br>San Juan, PR 00936 | | | CREDITLINE ACCOUNT OPENED 9/2006 | | | | 3,500.00 |
| ACCOUNT NO. 3045<br>Capital One Retail Card Service<br>1717 Central St<br>Evanston, IL 60201 | | | OPEN ACCOUNT OPENED 3/2013 | | | | 1,412.00 |
| ACCOUNT NO.<br>The Bureaus Inc<br>1717 Central St<br>Evanston, IL 60201-1507 | | | Assignee or other notification for:<br>Capital One Retail Card Service | | | | |
| ACCOUNT NO. 8747<br>Citibank N.a.<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123 | | | OPEN ACCOUNT OPENED 3/2014<br>Credit Card | | | | 842.00 |
| ACCOUNT NO.<br>Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 | | | Assignee or other notification for:<br>Citibank N.a. | | | | |

Sheet no. 2 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 9,877.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE RODRIGUEZ NEGRON, MARISOL _____ Case No. 3:15-bk-8382 _____
　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9925<br>Citibank N.a.<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123 | | | OPEN ACCOUNT OPENED 2/2014<br>Credit Card | | | | 5,572.00 |
| ACCOUNT NO.<br>Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 | | | Assignee or other notification for:<br>Citibank N.a. | | | | |
| ACCOUNT NO. 9999<br>Claro<br>PO Box 360998<br>San Juan, PR 00936-0998 | | | Utility Bill<br>Rex Cream | | | | 382.46 |
| ACCOUNT NO.<br>A&J Collection Agency<br>PO Box 1010<br>Camuy, PR 00627 | | | Assignee or other notification for:<br>Claro | | | | |
| ACCOUNT NO. M797<br>DTOP<br>Minillas Sta<br>San Juan, PR 00940-1269 | | | XXX-XX-4308<br>#Ticket:12567890 =$100.50; #Ticket:12551619 =$101.50; #Ticket: 12430198 =$101.50; #Ticket: 12401845 =$101.50; #Ticket: 12329005 =$101.00; #Ticket: 12329004 =$101.00; #Ticket: 12217065 =$100.50; #Ticket: 12079647 = $100.35; #Ticket: 12079646 =$101.50; #Ticket: 12019533 =$101.50; #Ticket: 11438388 =$101.45; #Ticket: 11421855 =$101.45 | | | | 1,213.75 |
| ACCOUNT NO. im10<br>First Bank Auto<br>Auto Loans Department<br>PO Box 11852<br>San Juan, PR 00910-1852 | | | INSTALLMENT ACCOUNT OPENED 10/2009;<br>CAR LEASE DEBTOR TO ASSUMER EXECUTORY CONTRACT<br>2010 Jeep Rubicon<br>Civil Num: ERE2014-0004 | | | | 23,552.32 |
| ACCOUNT NO.<br>Lcdo Reinaldo Rodriguez Ojeda<br>PO Box 363907<br>San Juan, PR 00936-3907 | | | Assignee or other notification for:<br>First Bank Auto | | | | |

Sheet no. __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 30,720.53

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 97,426.13

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **RODRIGUEZ NEGRON, MARISOL**      Case No. **3:15-bk-8382**
Debtor(s)          (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR    Sch "F"

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __4__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **October 28, 2015**      Signature: _/s/ Marisol Rodriguez Negron_
                                                         **MARISOL RODRIGUEZ NEGRON**                    Debtor

Date: _____      Signature: _____
                                                                                                    (Joint Debtor, if any)
[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____      _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____      _____
Signature of Bankruptcy Petition Preparer                                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____      Signature: _____

                                                                                                              (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 15-08382-13<br>District of Puerto Rico<br>Old San Juan<br>Wed Oct 28 15:02:37 AST 2015 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | A&J Collection Agency<br>PO Box 1010<br>Camuy, PR 00627-1010 |
| AAA<br>PO BOX 70101<br>SAN JUAN, PR 00936-8101 | AEE<br>PO Box 372828<br>Cayey, PR 00737-2828 | Att Services<br>PO Box 192830<br>San Juan, PR 00919-2830 |
| Autoridad De Carreteras De PR<br>PO Box 11889<br>San Juan, PR 00922-1889 | BPPR<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | BPPR<br>PO Box 2708<br>San Juan, PR 00936 |
| Banco Popular De Puerto Rico<br>209 Munoz Rivera Ave<br>San Juan, PR 00918-1000 | Bp-Credit line<br>PO Box 2708<br>San Juan, PR 00936 | Capital One Retail Card Service<br>1717 Central St<br>Evanston, IL 60201-1507 |
| Citibank N.a.<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 | Claro<br>PO Box 360998<br>San Juan, PR 00936-0998 | Coop Aguas Buenas<br>14 Rafael Lasa<br>Aguas Buenas, PR 00703-3113 |
| DTOP<br>Minillas Sta<br>San Juan, PR 00940-1269 | First Bank<br>PO Box 19327<br>San Juan, PR 00910-1327 | First Bank Auto<br>Auto Loans Department<br>PO Box 11852<br>San Juan, PR 00910-3852 |
| HOA Sab Rio, Inc<br>600 Camino Sabanera<br>Gurabo, PR 00778 | Hector L Claudio Rosario<br>200 Ave Rafael Cordero Ste 140 PMB 285<br>Caguas, PR 00725-4303 | Jose L Correa Cintron<br>Colegiado Num 6033<br>PO Box 246<br>Trujillo Alto, PR 00977-0246 |
| Lcdo Reinaldo Rodriguez Ojeda<br>PO Box 363907<br>San Juan, PR 00936-3907 | Martinez & Torres Law Offices<br>PO Box 192938<br>San Juan, PR 00919-3409 | Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 |
| Ramirez Y Delgado<br>PO Box 5<br>Aguas Buenas, PR 00703-0005 | The Bureaus Inc<br>1717 Central St<br>Evanston, IL 60201-1507 | MARISOL RODRIGUEZ NEGRON<br>URB ARBOLADA<br>F 1 TABONUCO STREET<br>CAGUAS, PR 00727-1307 |
| MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | End of Label Matrix<br>Mailable recipients 28<br>Bypassed recipients 0<br>Total 28 |